UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No: 1:08-CR-93 |
| v. | ) | |
| | ) | |
| LEKELFORD BOHANON. | ) | Chief District Judge Curtis L. Collier |
| | ) | |

## **ORDER**

Before the Court is Defendant's motion to suppress evidence seized as the result of a traffic stop pursuant to the Fourth Amendment (Court File No. 9). The Court referred the motion to United States Magistrate Judge Susan K. Lee pursuant to 28 U.S.C. § 636(b)(1) (Court File No. 10). Judge Lee held a hearing and issued a Report and Recommendations (Court File No. 17). The Government filed a notice of no objections (Court File No. 18) and Defendant filed timely objections (Court File No. 19) to the Report and Recommendations. For the reasons discussed in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the Report and Recommendations (Court File No. 17). Defendant's motion to suppress (Court File No. 9) is **GRANTED IN PART** and **DENIED IN PART**.

  **SO ORDERED.**

  **ENTER:**

                **/s/**
                **CURTIS L. COLLIER**
                **CHIEF UNITED STATES DISTRICT JUDGE**